

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
01/05/2021

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: 20-32865 |
| | § | |
| ROSIE EVELYN MAYES, | § | |
| *Debtor* | § | CHAPTER 13 |
| | § | |

### AGREED ORDER ON DEBTOR'S OBJECTION TO PROOF OF CLAIM NO. 5-1 OF U.S. BANK NA
### [DOCKET ENTRY NO. 31]

On consideration of Proof of Claim No. 5-1, "Debtor's Objection to Proof of Claim of US Bank NA, Successor Trustee to Wachovia Bank, N.A. at Trustee, on Behalf of the Holders of Chase Funding Loan Acquisition Trust, Mortgage Loan Asset-Backed Certificates, Series 2004-AQ1 (Claim No. 5-1)" filed on July 31, 2020 (Docket No. 31), the Response filed by Select Portfolio Servicing, Inc. as mortgage servicer for U.S. Bank NA, successor trustee to Wachovia Bank, N.A. as trustee, on behalf of the holders of Chase Funding Loan Acquisition Trust, Mortgage Loan Asset-Backed Certificates, Series 2004-AQ1 (hereinafter "SPS"), and the below agreement of the parties, it is

**ORDERED** that Proof of Claim No. 5-1 is allowed in the total secured amount of $128,645.66, with pre-petition arrearages of $7,266.84, and ongoing monthly post-petition payments in the amount of $960.92, consisting of principal and interest and escrow for property taxes and insurance commencing June 1, 2020, subject to notices filed pursuant to Bankruptcy Rule 3002.1.

**FURTHER ORDERED** that SPS shall credit $4,530.59 to Debtor's mortgage loan account, with $3,517.71 being credited to escrow, and $1,012.88 being credited to monthly payments of principal, interest, and escrow.

**FURTHER ORDERED** that all relief requested in the Debtor's Objection to Claim not specifically granted herein is DENIED.

Signed: December 30, 2020.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

AGREED AS TO FORM AND SUBSTANCE:

*/s/ H. Gray Burks, IV*
_____
H. Gray Burks, IV
State Bar No. 03418320
ShapiroSchwartz, LLP
13105 Northwest Freeway, Suite 1200
Houston, Texas 77040
Telephone: (713) 462-2565
Email: gburks@logs.com
*Attorneys for Select Portfolio Servicing, Inc.*

_____
Robert Waid "Bob" Davidson
State Bar No. 05442400
Elena Halachian-Kritzer
State Bar No. 08716850
Kritzer Law Firm
12605 East Freeway
Suite 375
Houston, TX 77015
Telephone: (713) 686-2222
Email: rdavidson.kritzerlaw@yahoo.com
*Attorneys for Debtor*